AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDRES WILLIAM HOWARD,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:23-cv-86

CHATHAM COUNTY, GEORGIA,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 29, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's Amended Complaint is dismissed without prejudice. This action stands closed.

Approved by: _[signature]_

May 3, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature: Jamie Hodge]_
(By) Deputy Clerk

GAS Rev 10/2020